IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:18-CR-14-2BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEYONTA POWELL | ) | |

This matter is before the Court on the Defendant's motion to seal

Docket Entry 87.    For good cause shown, Defendant's motion is hereby

GRANTED.

It is hereby ORDERED that Docket Entry 87 be sealed.

This the __27__ day of __November__ , 2018.

_____
TERRENCE W. BOYLE
Chief United States District Judge